UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    Keith T Greene  
    Shay Rainey  
        Debtor(s)

Case No. 11 B 40452

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/04/2011.

2) The plan was confirmed on 03/19/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 04/17/2014.

5) The case was Dismissed on 05/14/2014.

6) Number of months from filing to last payment: 28.

7) Number of months case was pending: 33.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $18,225.50 |
| Less amount refunded to debtor | $5.24 |
| **NET RECEIPTS:** | **$18,220.26** |

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,011.32 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $822.50 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$3,833.82** |

Attorney fees paid and disclosed by debtor:     $0.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Account Recovery Service | Unsecured | 391.68 | NA | NA | 0.00 | 0.00 |
| Allied Interstate | Unsecured | 4,628.00 | NA | NA | 0.00 | 0.00 |
| American InfoSource LP as agent for | Unsecured | 4,750.00 | 4,992.43 | 4,992.43 | 187.01 | 0.00 |
| AmeriCash Loans LLC | Unsecured | 1,915.17 | 436.52 | 436.52 | 16.36 | 0.00 |
| Back Bowl I LLC | Unsecured | 8,110.00 | 8,157.19 | 8,157.19 | 305.57 | 0.00 |
| Calumet City Fire Department | Unsecured | 154.00 | NA | NA | 0.00 | 0.00 |
| Cardiology Associates of NW IN | Unsecured | 107.00 | NA | NA | 0.00 | 0.00 |
| CardioSpecialists Group | Unsecured | 62.77 | NA | NA | 0.00 | 0.00 |
| CBCS | Unsecured | 107.00 | NA | NA | 0.00 | 0.00 |
| CBCS | Unsecured | 504.37 | NA | NA | 0.00 | 0.00 |
| CCSI | Unsecured | 79.33 | 759.53 | 759.53 | 28.45 | 0.00 |
| Community Hospital | Unsecured | 310.49 | NA | NA | 0.00 | 0.00 |
| Community Hospital | Unsecured | 213.89 | NA | NA | 0.00 | 0.00 |
| Community Hospital | Unsecured | 108.46 | NA | NA | 0.00 | 0.00 |
| Community Hospital | Unsecured | 758.09 | NA | NA | 0.00 | 0.00 |
| Community Hospital | Unsecured | 99.86 | NA | NA | 0.00 | 0.00 |
| Community Hospital | Unsecured | 6,170.00 | NA | NA | 0.00 | 0.00 |
| Diversified Collection Service | Unsecured | 5,200.75 | NA | NA | 0.00 | 0.00 |
| Educational Credit Management Corp | Unsecured | 64,558.00 | 66,891.45 | 66,891.45 | 2,506.72 | 0.00 |
| EOSCCA | Unsecured | 134.00 | NA | NA | 0.00 | 0.00 |
| Franklin Collection | Unsecured | 134.08 | NA | NA | 0.00 | 0.00 |
| Hammond Clinic | Unsecured | 229.72 | NA | NA | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Unsecured | NA | 887.57 | 887.57 | 33.25 | 0.00 |
| Illinois Dept of Revenue 0414 | Priority | 4,185.22 | 2,275.18 | 2,275.18 | 2,275.18 | 0.00 |
| Ingalls Memorial Hospital | Unsecured | 468.62 | NA | NA | 0.00 | 0.00 |
| Ingalls Memorial Hospital | Unsecured | 656.33 | NA | NA | 0.00 | 0.00 |
| Internal Revenue Service | Unsecured | NA | 108.84 | 108.84 | 0.00 | 0.00 |
| Internal Revenue Service | Priority | 1,039.44 | 804.69 | 804.69 | 804.69 | 0.00 |
| Komyatte & Casbon PC | Unsecured | 1,971.05 | 3,179.00 | 3,179.00 | 119.08 | 0.00 |
| Komyatte & Casbon PC | Unsecured | 1,356.09 | 3,969.86 | 3,969.86 | 148.72 | 0.00 |
| Komyatte & Casbon PC | Unsecured | 204.30 | 204.30 | 204.30 | 5.82 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Komyatte & Casbon PC | Unsecured | 1,659.12 | 1,696.88 | 1,696.88 | 63.56 | 0.00 |
| Komyatte & Casbon PC | Unsecured | 2,284.40 | 2,310.74 | 2,310.74 | 86.56 | 0.00 |
| Lake Imaging LLC | Unsecured | 65.20 | NA | NA | 0.00 | 0.00 |
| Leading Edge Recovery Solutions | Unsecured | 1,241.87 | NA | NA | 0.00 | 0.00 |
| MEA-Munster | Unsecured | 464.00 | NA | NA | 0.00 | 0.00 |
| MECU Of Baltimore Inc | Secured | 6,555.58 | 6,555.58 | 6,555.58 | 6,555.58 | 306.54 |
| MECU Of Baltimore Inc | Unsecured | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Medical Recovery Specialists | Unsecured | 494.73 | NA | NA | 0.00 | 0.00 |
| Medical Recovery Specialists | Unsecured | 161.60 | NA | NA | 0.00 | 0.00 |
| Medical Specialists PC | Unsecured | 527.00 | NA | NA | 0.00 | 0.00 |
| Medical Specialists PC | Unsecured | 1,494.00 | NA | NA | 0.00 | 0.00 |
| Medical Specialists PC | Unsecured | 216.98 | NA | NA | 0.00 | 0.00 |
| Medical Specialists PC | Unsecured | 528.12 | NA | NA | 0.00 | 0.00 |
| Medical Specialists PC | Unsecured | 81.27 | NA | NA | 0.00 | 0.00 |
| Medical Specialists PC | Unsecured | 56.11 | NA | NA | 0.00 | 0.00 |
| MiraMed Revenue Group, LLC | Unsecured | 353.43 | NA | NA | 0.00 | 0.00 |
| Monterey Financial Services | Unsecured | 384.00 | 384.08 | 384.08 | 14.39 | 0.00 |
| Munster Radiology Group | Unsecured | 14.80 | NA | NA | 0.00 | 0.00 |
| Munster Radiology Group | Unsecured | 53.00 | NA | NA | 0.00 | 0.00 |
| NWI Pathology Consult PC | Unsecured | 37.00 | NA | NA | 0.00 | 0.00 |
| NWI Pathology Consult PC | Unsecured | 41.62 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 9,772.83 | 10,059.95 | 10,059.95 | 376.85 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 2,642.67 | 2,767.03 | 2,767.03 | 103.66 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 10,387.55 | 10,699.19 | 10,699.19 | 400.80 | 0.00 |
| Quantum3 Group | Unsecured | 1,264.82 | 1,272.11 | 1,272.11 | 47.65 | 0.00 |
| Saint Margaret Hospital | Unsecured | 2,035.00 | NA | NA | 0.00 | 0.00 |
| St Margaret Mercy Healthcare | Unsecured | 391.68 | NA | NA | 0.00 | 0.00 |
| Superior Air Ground | Unsecured | 858.86 | NA | NA | 0.00 | 0.00 |
| SW Laboratory Physicians | Unsecured | 9.00 | NA | NA | 0.00 | 0.00 |
| University of Chicago | Unsecured | 126.20 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $6,555.58 | $6,555.58 | $306.54 |
| **TOTAL SECURED:** | **$6,555.58** | **$6,555.58** | **$306.54** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $3,079.87 | $3,079.87 | $0.00 |
| **TOTAL PRIORITY:** | **$3,079.87** | **$3,079.87** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$118,776.67** | **$4,444.45** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| Disbursements: | |
|---|---|
| Expenses of Administration | $3,833.82 |
| Disbursements to Creditors | $14,386.44 |
| **TOTAL DISBURSEMENTS** : | **$18,220.26** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 07/14/2014     By: /s/ Marilyn O. Marshall
                          Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**